# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia

2008 MAY 29 AM 10: 17

United States of America )
v. )
) Case No: CR401-00207-001
Preston Irving Payne )
) USM No: 10862-021
Date of Previous Judgment: January 30, 2002 ) G. Terry Jackson
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __108__ months **is reduced to** __87 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 27                Amended Offense Level: 25
Criminal History Category: III            Criminal History Category: III
Previous Guideline Range: 87 to 108 months    Amended Guideline Range: 70 to 87 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated January 30, 2002, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: May 29, 2008

Judge's signature

B. Avant Edenfield
United States District Judge
Effective Date: _____    For the Southern District of Georgia
(if different from order date)    Printed name and title